```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
            Case No. 13-14300-CIV-GRAHAM/LYNCH
```

RYAN HEUN, on behalf of
himself and all others
similarly situated,

    Plaintiffs,

vs.

CLEAN SWEEP & VAC, LLC,

    Defendant.
_____/

## ORDER OF REFERENCE OF MOTIONS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **Lynch** to take all necessary and proper action as required by law:

1. Motions for Costs;

2. Motions for Attorney's Fees;

3. Motions for Sanctions; and

4. All Discovery Motions.

**ORDERED AND ADJUDGED** that the parties shall follow the attached discovery and sanctions procedures for Magistrate Judge Frank J. Lynch.

**DONE AND ORDERED** at Miami, Florida, this 9th day of September, 2013.

                                                                    _____
                                                                 DONALD L. GRAHAM
                                                                 UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Lynch
     All Counsel of Record

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DISCOVERY AND SANCTIONS PROCEDURE FOR**
**MAGISTRATE JUDGE FRANK J. LYNCH, JR.**

The following discovery and sanctions procedures apply to all civil cases assigned to United States District Judge Donald L. Graham.

If the parties are unable to resolve their discovery dispute without Court intervention after meeting and attempting to resolve such dispute, then they shall contact the Chambers of Magistrate Judge Frank J. Lynch, Jr., to notify Judge Lynch of the dispute. Magistrate Judge Lynch will then issue an Order setting a specific time for the hearing and the procedure to be followed by the parties. Any hearing on the discovery dispute shall be conducted at the United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge Lynch's Chambers at (772) 467-2320.

No written discovery motions, including motions to compel and motions for protective order or motions for sanctions shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge Lynch. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith, or if otherwise warranted.